IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY ATKINSON,<br>     Plaintiff,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br>     Defendants. | NO. CIV-S 04-2010 GEB (JFM)<br><br><u>ORDER WITHDRAWING MOTION FOR LEAVE TO CONDUCT DISCOVERY AND AMENDING STATUS (PRETRIAL SCHEDULING) ORDER</u> |

   On May 27, 2005, the parties filed a stipulation requesting that the Scheduling Order be modified so that the last hearing date for a motion seeking leave to conduct discovery be moved from June 13, 2005, to July 13, 2005.  The parties state this change is requested because Plaintiff desires time to consider whether discovery is needed after reviewing the administrative record and applicable plan documents that Defendants provided to her on or around May 10, 2005 (collectively "Documents").

   Plaintiff already filed a motion for leave to conduct discovery on May 10, 2005, but it is unclear whether Plaintiff is entitled to discovery other than what is in the Documents.

1

Consequently, Plaintiff's motion is deemed withdrawn.

The Scheduling Order is modified such that the final date for a hearing on a motion in which Plaintiff requests leave to conduct discovery is August 15, 2005, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  June 6, 2005

>                          /s/ Garland E. Burrell, Jr.
>                          GARLAND E. BURRELL, JR.
>                          United States District Judge