IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY ATKINSON,<br><br>               Plaintiff,<br><br>     v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY, AT&T LONG TERM DISABILITY,<br>PLAN FOR MANAGEMENT EMPLOYEES,<br><br>               Defendants. | 02:04-cv-2010-GEB-JFM<br><br><br>ORDER[*] |

     On October 24, 2005, Plaintiff filed a motion for leave to file the Amended Complaint attached to Plaintiff's motion. Defendants have not opposed the motion. Since Defendants' non-opposition is construed as acquiescence to Plaintiff's request, it is not necessary to determine if Plaintiff has satisfied the standards applicable to her motion. Accordingly, the motion is granted and Plaintiff has until November 23, 2005, to file and serve the referenced Amended Complaint.

     On the same day that Plaintiff filed her motion for leave to amend, both Plaintiff and Defendants filed motions for summary judgment. These motions for summary judgment concern the original

---

[*]  This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

1 complaint, filed on September 27, 2004.  While Plaintiff indicates
2 that the Amended Complaint only corrects "a technical deficiency" in
3 the original complaint, "[an] amended complaint supersedes the
4 original, the latter being treated thereafter as non-existent." <u>Loux</u>
5 <u>v. Rhay</u>, 375 F.2d 55, 57 (9th Cir. 1967).  The Court is unwilling to
6 consider and rule on motions directed toward a complaint which will
7 become "non-existent" when Plaintiff files her Amended Complaint.
8 Therefore, the motions for summary judgment filed on October 24, 2005,
9 will be deemed withdrawn upon the filing of the Amended Complaint.
10         To give the parties an opportunity to file amended motions
11 for summary judgment addressing the Amended Complaint, the Status
12 (Pretrial Scheduling) Order is amended as follows:  The last hearing
13 date for motions for summary judgment is extended to January 9, 2006,
14 at 9:00 a.m.  The final pretrial conference is re-set for
15 March 6, 2006, at 2:30 p.m.  Trial will remain as set.
16         IT IS SO ORDERED

DATED:  November 15, 2005

<u>/s/ Garland E. Burrell, Jr.</u><br>
GARLAND E. BURRELL, JR.<br>
United States District Judge