Jesse S. Kaplan (103726)
5441 Fair Oaks Blvd., Suite C-1
Carmichael, CA 95608
Telephone: (916) 488-3030
Facsimile: (916) 489-9297

Attorney for Plaintiff
KERRY ATKINSON

J. Russell Stedman (117130)
Andrew R. Neilson (221694)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, CA 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY,
METLIFE DISABILITY and AT&T LONG TERM
DISABILITY PLAN FOR MANAGEMENT
EMPLOYEES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY ATKINSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | CASE NO.: CIV-S 04-2010 GEB (JFM)<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING HEARINGS ON CROSS-MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Hon. Garland E. Burrell |

　　　　Plaintiff KERRY ATKINSON and defendants METROPOLITAN LIFE INSURANCE COMPANY ("MetLife"), AT&T LONG TERM DISABILITY PLAN FOR MANAGEMENT EMPLOYEES and AT&T SHORT TERM DISABILITY PLAN FOR MANAGEMENT EMPLOYEES (collectively "Defendants") submit the following stipulation and proposed order concerning the hearing on the parties' Cross-motions for Summary Judgment or, in the Alternative, Summary Adjudication (hereinafter "cross-motions"), plaintiff's filing of an Amended Complaint and defendants' Answer to the amended complaint:

g:\docs\geb\dgeb2\orders for signature\atkinson v. metlife.doc          04-2010 GEB (JFM)

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION AND [PROPOSED] ORDER RESETTING HEARINGS ON CROSS-MOTIONS
FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

1  WHEREAS: The parties filed cross-motions on October 24, 2005. The hearing on the
2  cross-motions was set for November 21, 2005.

3  WHEREAS:  In addition to her cross-motion, plaintiff also filed a Motion to Amend the
4  Complaint on October 24, 2005. Other than adding the AT&T Short Term Disability Plan for
5  Management Employees (the "Short Term Plan") as a defendant, the proposed amended complaint
6  is not substantively different from the original complaint filed in this action. Defendants did not
7  oppose the Motion to Amend.

8  WHEREAS:  On November 16, 2005, the Court issued an Order ruling that the cross-
9  motions will be deemed withdrawn upon the filing of the amended complaint, and re-setting the last
10 hearing date on the cross-motions for January 9, 2006.

11 WHEREAS: The parties agree that no further briefing is necessary with respect to the
12 cross-motions because the amended complaint is not substantively different from the original
13 complaint filed in this action and all the relevant issues have been fully briefed in the cross-motions
14 on file.

15 WHEREAS: Counsel for plaintiff will be out of the country on a family vacation from
16 December 23, 2005 though January 12, 2006.

17 Based on the foregoing, the parties stipulate to the following:

18 1)  Plaintiff will file the amended complaint by November 18, 2005;

19 2)  Defendants will file an answer to the amended complaint by December 2, 2005;

20 3)  The hearing on the parties cross-motions is continued to December 5, 2005. It is the
21 parties' understanding that this date is currently available on the Court's calendar. In the
22 alternative, the parties respectfully request that the court schedule the hearing for a date prior to
23 December 26, 2005.

24 ////
25 ////
26 ////
27 ////
28 ///

-2-   04-2010 GEB (JFM)

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION AND [PROPOSED] ORDER RESETTING HEARINGS ON CROSS-MOTIONS
FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

4) The parties will not re-file briefs or supporting documents in connection with the cross-motions, and agree to submit on the papers currently on file with the Court.

DATED: _____

By: /s/ Jesse S. Kaplan
Jesse S. Kaplan
Attorney for Plaintiff
KERRY ATKINSON

DATED: _____     BARGER & WOLEN

By: /s/ Jordan S. Altura
Jordan S. Altura
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE
COMPANY, METLIFE DISABILITY,
AT&T LONG TERM DISABILITY
PLAN MANAGEMENT EMPLOYEES,
AT&T CORP. AS PLAN
ADMINISTRATOR FOR AT&T LONG
TERM DISABILITY PLAN
MANAGEMENT EMPLOYEES,
STATE STREET BANK AND TRUST
COMPANY AS TRUSTEE FOR THE
AT&T LONG TERM DISABILITY
PLAN'S BENEFITS TRUST

**IT IS SO ORDERED. \***

DATED: December 6, 2005     /s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

**\* This Order vacates the Order filed November 16, 2005. However, the final pretrial conference is re-set for March 6, 2006, at 2:30 p.m.**

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800